# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147943(29)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                               SC: 147943
                               COA: 314358

MARK D. ANDERSON,
        Defendant-Appellant.
                               Wayne CC: 99-011012-FC

_____/

       On order of the Court, the motion for reconsideration of this Court's January 31, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014

d0519

                                        Clerk